
PMC/cm 2020R00445

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL No. __JMC-20-147__ |
| | : | |
| v. | : | (Taking Bald Eagle, 16 U.S.C. § 668(a); |
| | : | Taking Migratory Bird Without Permit, |
| **KYLE J. CAMPBELL** | : | 16 U.S.C. § 703(a), 50 CFR Part 22) |
| | : | |
| | : | |

...oOo...

## INFORMATION

### COUNT ONE
(Taking a Bald Eagle)

The United States Attorney for the District of Maryland charges that:

On or about April 17, 2020, in the District of Maryland, the defendant,

**KYLE J. CAMPBELL,**

did, without having a permit to do so, knowingly and with wanton disregard for the consequences of his act, take a bald eagle (*Haliaeetus leucocephalus*).

16 U.S.C. § 668(a)

1

## COUNT TWO
(Migratory Bird Treaty Act Violation)

The United States Attorney for the District of Maryland further charges that:

On or about April 17, 2020, in the District of Maryland, the defendant,

**KYLE J. CAMPBELL,**

did, without having a permit to do so, take a migratory bird, to wit: a bald eagle (*Haliaeetus leucocephalus*).

16 U.S.C. § 703(a)


___6/3/2020_____          *Robert K. Hur/pmc*
Date                                        Robert K. Hur
                                                 United States Attorney